MN-305
(10/00)

rec'd 8-28-09
KLH

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Robert W. Arvold

Chapter 7 Case No. 08-44653

RECEIVED 09 AUG 28 AM 9:26 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank | 5 | | $0.32 |

Date: August 26, 2009

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538

16